IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SUSA NASA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-358(MTT) |
| VICTORIA MALONE, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

This matter is before the Court on the Recommendation (Doc. 34) of United States Magistrate Judge Charles H. Weigle on the Motion to Dismiss (Doc. 8) filed by the Defendants in this case. In the Recommendation, the Magistrate Judge recommends dismissing the Plaintiff's case because of the Plaintiff's failure to exhaust his administrative remedies and because the Plaintiff gave false responses to the Court's Questionnaire for Prisoners Proceeding Pro Se Under 42 U.S.C. § 1983. The Plaintiff did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. This case is **DISMISSED**.

**SO ORDERED**, this the 26th day of July, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

jch